USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**MIGUEL TEJEDA,**

                                   **Plaintiff,**

        -against-

**PARK SOUTH HOTEL LLC,**

                                   **Defendant.**

------------------------------------------------------------------X

21-CV-02236 (JMF)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      On Tuesday, March 16, 2021, the Honorable Jesse M. Furman assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. The parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, no later than one week after an answer is filed to schedule a settlement conference to take place at least two weeks before the initial pretrial conference in this case.

      The parties should assume that the settlement conference will be conducted by telephone using a platform that will allow the Court to hold confidential conversations with counsel and the party representative(s) for each side.

**SO ORDERED.**

DATED:    March 17, 2021
              New York, New York

_____
SARAH NETBURN
United States Magistrate Judge