UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MIGUEL TEJEDA, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,

                            Plaintiff,

         -against-                         Case No.: 1:21-cv-02236-JMF

OKI RINGO, LLC, JOHN DOE #1-10, TIMOTHY CUSHMAN, and NANCY CUSHMAN,

                            Defendants.

---------------------------------------------------------------X

## NOTICE OF MOTION FOR DISMISSAL

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Felice B. Ekelman, Esq., dated July 22, 2021, and the exhibits annexed thereto; the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the First Amended Complaint; and the accompanying Declaration of Lawrence B. Swibel, Esq., dated July 21, 2021, and upon all the pleadings and proceedings herein, Defendants will move this Court, located at 40 Foley Square, New York, New York, on a date to be determined by the Court, for an order granting Defendants' Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Rule 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       July 22, 2021

                                        JACKSON LEWIS P.C.
                                        *ATTORNEYS FOR DEFENDANTS*
                                        666 Third Avenue, 29th Fl.
                                        New York, New York 10017
                                        (212) 545-4000

                          By:    S/Felice B. Ekelman
                                Felice B. Ekelman, Esq.
                                Allison M. Benz, Esq.

2

TO: C.K. Lee, Esq.
Anne Seelig, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, New York 10011

2