**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MIGUEL TEJEDA, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>                                      Plaintiff,<br><br>-against-<br><br>OKI RINGO, LLC, JOHN DOE #1-10, TIMOTHY CUSHMAN, and NANCY CUSHMAN,<br><br>                                    Defendants. | Civil Action No.:<br>1:21-cv-02236-JMF<br><br>**NOTICE OF ACCEPTANCE**<br>**OF OFFER OF JUDGMENT** |

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff MIGUEL TEJEDA hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated August 31, 2021 and annexed hereto as **Exhibit A**.

Dated: August 31, 2021                               Respectfully submitted,

                                              By: _/s/ C.K. Lee_

                                                  C.K. Lee, Esq. (CL 4086)
                                                 LEE LITIGATION GROUP, PLLC
                                                 148 West 24th Street, 8th Floor
                                                 New York, NY 10011
                                                 Tel.: (212) 465-1188
                                                 Fax: (212) 465-1181
                                                 *Attorney for Plaintiff*