**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MIGUEL TEJEDA, *on behalf of himself, FLSA Collective Plaintiffs and the Class*, <br><br> Plaintiff, <br><br> -against- <br><br> OKI RINGO, LLC, JOHN DOE #1-10, TIMOTHY CUSHMAN, and NANCY CUSHMAN, <br><br> Defendants. | Civil Action No.: <br> 1:21-cv-02236-JMF <br><br> [PROPOSED] <br> **RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Oki Ringo, LLC ("Oki Ringo"), Timothy Cushman, and Nancy Cushman ("Individual Defendants") (Oki Ringo and the Individual Defendants collectively referred to as the "Defendants") having offered to allow Plaintiff Miguel Tejada ("Plaintiff") to take a judgment against Oki Ringo, in the sum of Twenty Thousand Dollars and Zero Cents ($20,000.00), inclusive of reasonable attorneys' fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 31, 2021 and filed as Exhibit A to Docket Number 48;

**WHEREAS**, on August 31, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 48);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Miguel Tejada, in the sum of Twenty Thousand Dollars and Zero Cents ($20,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 31, 2021 and filed as Exhibit A to Docket Number 48. The ~~Clerk~~ Clerk of Court is directed to close this case.

**SO ORDERED:**

Dated: __August 31__, 2021
New York, New York

_____
U.S.D.J.